

**SO ORDERED.**
**SIGNED this 18th day of December, 2014**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

      **GERALD L. DEARDORFF,**      Case No. **13-32729**
                                                          Chapter 7

            Debtor.

## ORDER ALLOWING COMPROMISE OF DISPUTE

Michael H. Fitzpatrick, Trustee, moved the Court for authority to settle a claim of the estate against Debra K. Turner (defendant in adversary proceeding #14-ap-03015) alleging a fraudulent conveyance of real property to Ms. Turner for a one half undivided interest in a parcel of property located in Grainger County, Tennessee. The settlement provides for Ms. Turner to pay $20,000.00 for the interest previously conveyed to her by the debtor. The trustee gave notice to creditors and other parties in interest of the compromise. No objections were filed. The Court is therefore of the opinion that the Motion should be granted as follows:

1.	That the Trustee be and is hereby allowed to settle the claim of the estate against Defendant, Debra K. Turner for a lump-sum payment of $20,000.00 to be made to the trustee within 21 days following the entry of this order.

###

APPROVED:

*/s/ Michael H. Fitzpatrick*
Michael H. Fitzpatrick, Trustee
BPR No. 006033
**QUIST, CONE & FISHER, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
mhf@qcflaw.com

Page 2 of 2

C:\Users\cfitzpatrick\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\G6IFGINN\Trustee Order to Settle  DEARDORFF 13-32729 v2.doc